Case 1:20-cr-00062-JLT-SKO   Document 16   Filed 03/03/20   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 1:20-MJ-00037-2-EPG |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
|  | ) | **APPOINTING COUNSEL** |
| vs. | ) |  |
| DENNISE CASTRO-LOPEZ, | ) |  |
| Defendant. | ) |  |

The above named Defendant has, under oath, sworn or affirmed as to her financial inability to employ counsel or has otherwise satisfied this Court that she is financially unable to obtain counsel and wishes counsel be appointed to represent her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Kevin P. Rooney be appointed to represent the above defendant in this case effective *nunc pro tunc* to February 28, 2020.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  **March 2, 2020**

UNITED STATES MAGISTRATE JUDGE

-1-