Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, DENNISE CATRO-LOPEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DENNISE CASTRO-LOPEZ, et al<br><br>Defendants. | Case No.: 1:20-cr-00062 NONE SKO<br><br>Stipulation and Order To Modify Conditions of PreTrial Release |

The parties to this matter, through undersigned counsel, stipulate as follows:

The PreTrial Services Office has reported that Ms. Castro-Lopez has been fully compliant with all her conditions of release, maintained a stable residence, obtained legitimate employment, and has not had any contact with law enforcement.  As requested by the PreTrial Services Office, Ms. Castro-Lopez' pre-trial release conditions of electronic monitoring and home detention will be vacated.  All other conditions of pretrial release will remain in full force and effect.

Dated:  June 5, 2020                                            Dated:  June 5, 2020

                                                                                McGregor W. Scott, United States Attorney


____Kevin P. Rooney_____                        _____Kathleen A. Servatius_____
KEVIN P. ROONEY                                         KATHLEEN A. SERVATIUS
Attorney for defendant                                      Assistant United States Attorney
DENNISE LOPEZ -CASTRO

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-cr-00062 NONE SKO |
| Plaintiff, | ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| DENNISE CASTRO-LOPEZ, et al | |
| Defendants. | |

Ms. Castro-Lopez' pretrial release conditions of electronic monitoring and home detention are hereby vacated.  All other conditions of Ms. Castro-Lopez' pretrial release remain in full force and effect.

IT IS SO ORDERED.

Dated:  **June 8, 2020**                                         /s/ *Sheila K. Oberto*
                                                                                  UNITED STATES MAGISTRATE JUDGE