PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                      Plaintiff,<br><br>                    v.<br><br>DENNISE CASTRO-LOPEZ,<br>DESTANEY WALKER, AND<br>BRYAN SAHAGUN,<br><br>                                      Defendants. | CASE NO.  1:20-CR-00062-JLT-KSO<br><br>STIPULATION TO CONTINUE TRIAL DATE<br>AND EXCLUDABLE TIME PERIODS UNDER<br>SPEEDY TRIAL ACT; ORDER<br><br>CURRENT DATE: January 30, 2024<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.      By previous order this matter was set for jury trial on January 30, 2024.

2.      By this stipulation, parties now move to continue the jury trial to July 9, 2024 and exclude time from January 30, 2024 to July 9, 2024 under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports, photographs, cell phone records, and related documents in electronic form, which are voluminous in nature.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)       Defense counsel have been provided with a plea agreement and negotiations are ongoing.  Additional time is needed for consideration of the plea offers and further negotiations.

c)       Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 30, 2024 and July 9, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 29, 2023                         PHILLIP A. TALBERT
                                                                United States Attorney

                                                                 /s/ LAUREL J. MONTOYA
                                                                LAUREL J. MONTOYA
                                                                Assistant United States Attorney

Dated: November 29. 2023                          /s/ KEVIN P. ROONEY
                                                                KEVIN P. ROONEY
                                                                Counsel for Defendant
                                                                Dennise Castro-Lopez

Dated: November 29. 2023                           /s/ MONICA BERMUDEZ
                                                                MONICA BERMUDEZ
                                                                Counsel for Defendant
                                                                Bryan Sahagun

Dated: November 29. 2023                              /s/ ANTHONY P. CAPOZZI
                                                      ANTHONY P. CAPOZZI
                                                      Counsel for Defendant
                                                      Destaney Walker


## FINDINGS AND ORDER

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and that time is deemed excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS ORDERED that the jury trial set for January 20, 2024 is continued to July 9, 2024, and that the time period of January 30, 2024 to and through July 9, 2024 be excluded from the time in which trial must commence.

IT IS SO ORDERED.

Dated:   **November 30, 2023**                    UNITED STATES DISTRICT JUDGE