Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, DENNISE CATRO-LOPEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DENNISE CASTRO-LOPEZ, et al<br><br>Defendants. | Case No.: 1:20 CR 62 JLT/SKO<br><br>Stipulation and Order To Modify Conditions of PreTrial Release |

The parties to this matter, through undersigned counsel, stipulate to add the following to Ms. Castro-Lopez' Conditions of PreTrial Release:

You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the PreTrial Services Officer, and further that you must pay all or part of the costs of the counseling services based on your ability to pay, as determined by the PreTrial Services Officer. All other conditions of pretrial release will remain in full force and effect.

Dated:  May 31, 2024                                   Dated: June 5, 2024

                                                       Phillip A Talbert , United States Attorney


____Kevin P. Rooney_____                          _____Laurel J. Montoya_____
KEVIN P. ROONEY                                        LAUREL J. MONTOYA
Attorney for defendant                                 Assistant United States Attorney
DENNISE LOPEZ -CASTRO

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20 CR 62 JLT/SKO |
| Plaintiff, | ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| DENNISE CASTRO-LOPEZ, et al | |
| Defendants. | |

Ms. Castro-Lopez' pre-trial release conditions are modified by adding the following condition:

You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the PreTrial Services Officer, and further that you must pay all or part of the costs of the counseling services based on your ability to pay, as determined by the PreTrial Services Officer

All other conditions of Ms. Castro-Lopez' pretrial release remain in full force and effect.

IT IS SO ORDERED.

Dated:   **June 6, 2024**        /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE

2