PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00062-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO SET A CHANGE OF PLEA DATES, AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| DENNISE CASTRO-LOPEZ, | CURRENT DATE: July 31, 2024
TIME: 1:00 p.m.
COURT: Hon. Shiela K. Oberto |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order this matter was set for status conference on July 31, 2024.

2. By this stipulation, defendant CASTRO-LOPEZ and the government now move to set a change of plea hearing on August 26, 2024, and exclude time from July 31, 2024 to August 26, 2024 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, photographs, cell phone records, and related documents in electronic form, which are voluminous in nature. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For defendant CASTRO-LOPEZ, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 31, 2024 and August 26, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 24, 2024
PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated: July 24, 2024
/s/ KEVIN P. ROONEY
KEVIN P. ROONEY
Counsel for Defendant
Dennise Castro-Lopez

### ORDER

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and that time is deemed excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS ORDERED for defendant CASTRO-LOPEZ, a change of plea hearing is set for August 26, 2024, and that the time period of July 31, 2024 to and through August 26, 2024 be excluded from the time in which trial must commence.

DATED: 7/25/2024

*Sheila K. Oberto*
THE HONORABLE SHIELA K. OBERTO
UNITED STATES MAGISTRATE JUDGE