Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, DENNISE CASTRO-LOPEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DENNISE CASTRO-LOPEZ,<br><br>Defendant. | Case No.: 1:20 CR 62 JLT/SKO<br><br>ORDER:<br><br>ALLOWING SEALED FILING OF AN SENTENCING EXHIBIT |

Having read and considered the request to file an exhibit in support of the defendant's sentencing memorandum under seal;

The Court hereby ORDERS that the submitted exhibit is accepted and will be filed under seal in this case.

IT IS SO ORDERED.

Dated: **November 13, 2024**

UNITED STATES DISTRICT JUDGE