Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, DENNISE CASTRO LOPEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20 CR 62 JLT |
| Plaintiff, | Stipulation and Order To Delay Bureau of Prisons Report Date |
| vs. | |
| DENNISE CASTRO LOPEZ, | |
| Defendant. | |

The parties to this matter, by and through their respective counsel, hereby stipulate as follows:

1. Ms. Castro Lopez has been ordered to report to the Bureau of Prisons no later than January 15, 2024. The parties agree that Ms. Castro Lopez' report date should be delayed until March 18, 2025.

///

///

1

2. Ms. Castro Lopez has requested additional time to finalize her arrangements for her minor child's care and her financial affairs.

It is so stipulated and agreed.

Dated:  January 13, 2025              Michele Beckwith Acting U.S. Attorney

/s/ Laurel Montoya
LAUREL C. MONTOYA
Assistant United States Attorney

Dated:  January 13, 2025              Respectfully submitted,

/s/ Kevin Rooney
KEVIN P. ROONEY
Attorney for Defendant
Dennise Castro Lopez

ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that Ms. Dennise Castro Lopez shall surrender for service of the sentence ordered in this case at the institution designated by the Bureau of Prisons before 2:00 p.m. on March 18, 2025, and if no such institution has been designated, to the United States Marshal in the Eastern District of California.

IT IS SO ORDERED.

Dated:  **January 14, 2025**                     UNITED STATES DISTRICT JUDGE

2