Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, DENNISE CASTRO LOPEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20 CR  62 JLT |
| Plaintiff, | Order To Delay Bureau of Prisons Report Date |
| vs. | |
| DENNISE CASTRO LOPEZ, | |
| Defendant. | |

ORDER

Pursuant to the pro per motion filed by the defendant, and the government's non-opposition, IT IS ORDERED  that Ms. Dennise Castro Lopez shall surrender for service of the sentence ordered in this case at the institution designated by the Bureau of Prisons before 2:00 p.m. on May 17, 2025, and if no such institution has been designated, to the United States Marshal in the Eastern District of California.

IT IS SO ORDERED.

Dated:   **March 17, 2025**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

1